UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DENNIS BORROUSCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 3:14-cv-1996 |
| | ) |
| AETNA LIFE INSURANCE COMPANY | ) |
| and BOYD GAMING CORPORATION | ) |
| WELFARE BENEFIT PLAN, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

The Plaintiff, Dennis Borrousch, by and through the undersigned counsel, Bridget O'Ryan, files this Complaint against Aetna Life Insurance Company ("Aetna") and Boyd Gaming Corporation Welfare Benefit Plan ("the Plan"), and as cause therefore states as follows:

### I. JURISDICTION AND VENUE

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001. The Court has jurisdiction of this case pursuant to 28 U.S.C. §1331, in that this action arises under the laws of the United States. Specifically, Dennis Borrousch brings this action to enforce his rights under ERISA as authorized by 29 U.S.C. §1132.

2. Dennis Borrousch is a resident of Sault Ste Marie Michigan and a citizen of the State of Michigan. However, Mr. Borrousch was a citizen of the State of Indiana at the time he became disabled and applied for disability benefits.

3. Boyd Gaming Corporation Welfare Benefit Plan is an employee benefit plan administered in the Northern District of Indiana.

4. As an employee of Boyd Gaming Corporation Mr. Borrousch is a participant of the Boyd Gaming Corporation Welfare Benefit Plan.

5. Aetna is an insurance company incorporated in Connecticut and doing business in the State of Indiana.

6. Aetna issued a group insurance policy to Boyd Gaming Corporation which promises to pay disability benefits to employees of Boyd Gaming Corporation if they are unable to work due to sickness or injury.

7. The Plan promises to pay disability benefits to employees of Boyd Gaming Corporation if they are unable to work due to sickness or injury.

8. Venue in the Northern District of Indiana is appropriate by virtue of the Plan being administered in this District.

## II.  FACTUAL ALLEGATIONS

9. Dennis Borrousch worked as Director of Operations with Boyd Gaming Corporation until he became disabled in July 2013.

10. Mr. Borrousch was forced to stop working as a result of the debilitating effects of the human immunodeficiency virus (HIV) including fatigue and cognitive impairment. Mr. Borrousch also suffers from polyneuropathy. His last day of employment was July 31, 2013.

11. Mr. Borrousch applied for short term disability benefits provided through his employee benefit plan. Aetna approved Mr. Borrousch's short term disability benefits for the maximum duration – from August 21, 2013 to January 28, 2014.

12. After Mr. Borrousch received the maximum duration of short term disability benefits, he applied for long term disability benefits which Aetna denied on March 24, 2014.

13. Mr. Borrousch appealed Aetna's decision on September 18, 2014 which Aetna denied on October 21, 2014.

14. Mr. Borrousch has provided significant medical proof of his disability from his treating physicians who have repeatedly opined that Mr. Borrousch is totally disabled from performing any occupation.

15. Despite this proof, the Defendants refuse to pay Mr. Borrousch his disability benefits. As a result of the denial of benefits, Mr. Borrousch suffers from serious financial and emotional distress.

### III.  CLAIM FOR RELIEF

### WRONGFUL DENIAL OF EMPLOYEE BENEFITS

16. Paragraphs 1-15 are hereby realleged and incorporated herein by reference.

17. From July 2013, when Mr. Borrousch was forced to leave active employment, until the present, Mr. Borrousch remains unable to perform the material duties of his regular occupation or any occupation for which he is reasonably qualified based on his education, training or experience.

18. Mr. Borrousch provided the Defendants with ample medical evidence to verify his disability under the Boyd Gaming Corporation Welfare Benefit Plan.

19. The Defendants have intentionally and without reasonable justification denied Mr. Borrousch's disability benefits in violation of the Boyd Gaming Corporation Welfare Benefit Plan and ERISA.

WHEREFORE, the Plaintiff, Dennis Borrousch, requests that this Honorable Court enter Judgment:

A. Finding that Dennis Borrousch is entitled to disability benefits under the Aetna policy and order the Defendants to pay the past due benefits.

B. Finding that Dennis Borrousch is entitled to future monthly benefits as they become due.

C. Awarding the Plaintiff interest on the amount of back benefits which remain unpaid.

D. Awarding the Plaintiff attorneys' fees and costs incurred as a result of the Defendants' wrongful denial of benefits.

E. Awarding all other relief as may be just and appropriate.

Respectfully Submitted,

s/Bridget O'Ryan_____
Bridget O'Ryan
Attorney for Dennis Borrousch
O'Ryan Law Firm
1901 Broad Ripple Avenue
Indianapolis, IN 46220
(317) 255-1000
Fax: (317) 255-1006
boryan@oryanlawfirm.com